745 S.E.2d 377

**Maria A. HOLLINS, as Parent and Guardian ad Litem for Jane Doe, a minor under the age of fourteen years, Petitioner,**

v.

**WAL–MART STORES, INC., Respondent.**

**No. 26937.**

Supreme Court of South Carolina.

Heard Feb. 16, 2011.

Decided March 7, 2011.

David E. Massey, Summer C. Tompkins, and Debra Sherman Tedeschi, all of Columbia, for Petitioner.

Stephen G. Morrison, C. Mitchell Brown, and Susan M. Glenn, all of Nelson Mullins Riley & Scarborough, of Columbia, for Respondent.

PER CURIAM.

We granted a writ of certiorari to review the court of appeals opinion in *Hollins v. Wal–Mart*, 381 S.C. 245, 672 S.E.2d 805 (Ct.App.2008). We now dismiss the writ as improvidently granted.

**DISMISSED AS IMPROVIDENTLY GRANTED.**

Acting Chief Justice PLEICONES, BEATTY, KITTREDGE, JJ., and Acting Justices JAMES E. MOORE and JOHN H. WALLER, JR., concur.